# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA RODGERS, *et al.*, <br><br> Plaintiff, <br><br> v. <br><br> HERBALIFE INTERNATIONAL OF AMERICA, INC., <br><br> Defendant. | No. 2:21-mc-01068-JAK (MRWx) <br><br><br> **JUDGMENT** <br><br><br> **JS-6** |

**JUDGMENT IS HEREBY ENTERED** as follows:

1. This case is an ancillary discovery matter seeking to compel documents and testimony from a non-party Herbalife International of America, Inc.

2. The underlying matter is *Rodgers, et al. v. Herbalife, Ltd., et al.*, Case No. 17-23429-Civ-Cooke/Goodman, pending in the United States District Court, Southern District of Florida (the "Underlying Action").

3. On September 18, 2021, Plaintiffs in the Underlying Action initiated a Rule 45 motion to compel proceeding in this Court, resulting in the present action.

4. Shortly after the initiation of this ancillary proceeding, the parties in the Underlying Action obtained a stay of the Underlying Action, after which the underlying discovery dispute giving rise to this ancillary discovery proceeding was rendered moot.

5. Accordingly, the Clerk of the Court is **ORDERED** to **CLOSE** this case.

**IT IS SO ORDERED.**

Dated:  December 7, 2023

_____
John A. Kronstadt
United States District Judge